# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

Andrea E. Celli, Esq.
Trustee
Bonnie Baker, Esq.
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments only:
P.O Box 1918
Memphis, TN  38101-1918

March 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    01-11493            Anne L. Woodgate

To Whom It May Concern:

Enclosed please find check #920568 in the amount of $.14. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.        11

    Account#         4388840005029411

    Creditor         Wells Fargo Financial Bank
                     P.O. Box 5058
                     Attn: Recovery Department
                     Sioux Falls, SD 57117

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli